UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5334**

Case Title: **United States of America** vs. **Dalton Samuel Brooks**

List all clients you represent in this appeal:

**Dalton Samuel Brooks**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Steven N. Howe**       Signature: s/ **Steven N. Howe**

Firm Name: **Steven N. Howe, P.S.C.**

Business Address: **507 North Main Street**

City/State/Zip: **Williamstown, KY 41097**

Telephone Number (Area Code): **(859) 824-0500**

Email Address: **stevenhowe@howeattorney.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.