UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5334**

Case Title: **United States of America** vs. **Dalton Samuel Brooks**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant  ☐ Petitioner  ☐ Amicus Curiae  ☐ Criminal Justice Act
☑ Appellee   ☐ Respondent  ☐ Intervenor           (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Charles P. Wisdom Jr.**   Signature: s/ **Charles P. Wisdom Jr.**

Firm Name: **United States Attorney's Office, Eastern District of Kentucky**

Business Address: **260 W. Vine Street, Suite 300**

City/State/Zip: **Lexington, Kentucky 40507-1612**

Telephone Number (Area Code): **(859) 685-4903**

Email Address: **Charles.Wisdom@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.