UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **24-5334**

Case Title: **United States of America** vs. **Dalton Samuel Brooks**

List all clients you represent in this appeal:

**United States of America**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor    (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kyle M. Winslow**   Signature: s/ **Kyle M. Winslow**

Firm Name: **United States Attorney's Office, Eastern District of Kentucky**

Business Address: **207 Grandview Drive, Suite 400**

City/State/Zip: **Ft. Mitchell, Kentucky 41017-2762**

Telephone Number (Area Code): **(859) 652-7036**

Email Address: **Kyle.Winslow@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.