# In the
# United States Court of Appeals
# For The Sixth Circuit
# Case No. 24-5334

**UNITED STATES OF AMERICA**                                    **Plaintiff-Appellee**

**V.**

**DALTON SAMUEL BROOKS**                                    **Defendant-Appellant**

*ELECTRONICALLY FILED*
**MOTION TO EXTEND FILING DEADLINE
FOR APPELLANT'S PRINCIPAL BRIEF**

Comes now the Defendant-Appellant, **DALTON BROOKS**, by and through Counsel and hereby respectfully moves this Court to extend the deadline for filing the Appellant's Principal Brief an additional thirty (30) days until July 17, 2024. This is an Appeal of the Order Overruling a Motion of the Defendant-Appellant concerning the constitutionality of the Second Amendment. The Defendant received a 57 month sentence.

The first grounds for the Motion to Extend concern the schedule of counsel for the Defendant-Appellant. The undersigned's schedule includes several contested hearings, upcoming trials and suppression hearing. An

additional 30 days would allow appropriate preparation of the Brief. This is the first request for an extension in this matter.

The second grounds concerns the ever changing law in the Second Amendment area including cases currently before the Sixth Circuit Court of Appeals as well as *United States vs Rahimi* (Docket No. 22-915) currently before the Supreme Court. There is a split in the Circuits concerning similar issues. It is anticipated a decision in *Rahimi* may be forthcoming soon which could establish certain parameters for this Court's consideration in this appeal.

For the foregoing reasons an extension of thirty days is respectfully requested.

                              STEVEN N. HOWE, P.S.C.

                            __S/Howe_____
                            STEVEN N. HOWE
                            Attorney for Defendant Brooks
                            507 N. Main Street
                            Williamstown, Kentucky 41097
                            (859) 824-0500 telephone
                            (859) 824-0555 facsimile
                            stevenhowe@howeattorney.com

## **CERTIFICATE OF SERVICE**

On June 4, 2024 I electronically filed this document through the ECF system, which will send a notice of electronic filing to: Kyle Winslow, 207 Grandview Drive, Suite 400, Ft. Mitchell KY 41017 and Charles P. Wisdom, Jr. 206 West Vine Street, Suite 300, Lexington, KY 40507-1612

S/Steven N. Howe
STEVEN N. HOWE