

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Kentucky*

*260 W. Vine Street, Suite 300*  *(859) 685-4874*
*Lexington, Kentucky 40507-1612*  *FAX (859) 233-2658*
*e-mail: Amanda.HarrisHuang@usdoj.gov*

February 24, 2025

*ELECTRONICALLY FILED*

Kelly L. Stephens, Clerk
United States Court of Appeals
Potter Stewart U.S. Courthouse
100 E. Fifth Street, Room 540
Cincinnati, Ohio

      RE:    *United States v. Dalton Samuel Brooks*, Case No. 24-5334
              Fed. R. App. P. 28(j) — Citation of Supplemental Authorities

Dear Ms. Stephens:

      A pertinent and significant decision has come to our attention relating to the argument on pages 11-22 of our brief detailing why 26 U.S.C. § 5861(d) is constitutional. In *United States v. Risner*, No. 24-5394, 2025 WL 569950 (6th Cir. Feb. 21, 2025), this Court addressed the constitutionality of 18 U.S.C. § 924(c) and held that "the right to keep and bear arms does not extend to the use of a firearm for an unlawful purpose." *Id.* at *4-5 (citing *United States v. Greeno*, 679 F.3d 510, 520 (6th Cir. 2012), *abrogated on other grounds by New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022)). In reaching that conclusion, the Court relied on its prior decision in *Greeno*, including *Greeno*'s analysis that there is "a historical tradition [of] prohibiting the possession of dangerous and unusual weapons." *Id.* at *4 (quoting *Greeno*, 679 F.3d at 519). As explained in our brief, "[t]he Second Amendment does not 'guarantee[] the right to keep and bear' short-barrel shotguns, *United States v. Miller*, 307 U.S. 174, 178 (1939), because 'the Second Amendment right, whatever its nature, extends only to certain types of weapons.'" United States's Brief at 12 (quoting *District of Columbia v. Heller*, 554 U.S. 570, 623 (2008)). Indeed, "dangerous and unusual weapons," like short-barrel shotguns, are not protected by the Second Amendment. United States's Brief at 15-21.

Kelly L. Stephens, Clerk
February 24, 2025
Page 2

    This Court should affirm Brooks's convictions.

                    Very truly yours,

                    PAUL C. MCCAFFREY
                    ACTING UNITED STATES ATTORNEY

                    CHARLES P. WISDOM JR.
                    CHIEF, APPELLATE DIVISION

By:   s/ Amanda Harris Huang
       Assistant United States Attorney
       260 W. Vine Street, Suite 300
       Lexington, Kentucky 40507-1612
       (859) 685-4876
       Amanda.HarrisHuang@usdoj.gov

cc: Steven N. Howe, Attorney for Dalton Samuel Brooks
    *via ECF system*