

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Kentucky*

*260 W. Vine Street, Suite 300*       *(859) 685-4874*
*Lexington, Kentucky 40507-1612*      *FAX (859) 233-2658*
*e-mail: Amanda.HarrisHuang@usdoj.gov*

August 6, 2025

*ELECTRONICALLY FILED*

Kelly L. Stephens, Clerk
United States Court of Appeals
Potter Stewart U.S. Courthouse
100 E. Fifth Street, Room 540
Cincinnati, Ohio

      RE:    *United States v. Dalton Samuel Brooks*, Case No. 24-5334
              Fed. R. App. P. 28(j) — Citation of Supplemental Authorities

Dear Ms. Stephens:

      Three pertinent and significant decisions have come to our attention relating to the argument on pages 11-22 of our brief detailing why 26 U.S.C. § 5861(d) is constitutional. After our brief was filed, the Fourth, Seventh, and Eleventh Circuits have upheld § 5861(d) as constitutional against Second Amendment challenges. *See United States v. Rush*, 130 F.4th 633, 635, 645 (7th Cir. 2025); *United States v. Robinson*, 23-12551, 2025 WL 870981, at *5 (11th Cir. March 20, 2025); *United States v. Saleem*, No. 23-4693, 2024 WL 5084523, at *1 (4th Cir. Dec. 12, 2024) (per curiam). In those decisions, the courts of appeals uniformly agreed with the argument outlined on pages 13-15 of our brief that the Supreme Court's decision in *United States v. Miller*[1] is controlling and "survives" the Supreme Court's more recent decision in *N.Y. State Rifle & Pistol Ass'n, Inc. v. Bruen*.[2] *See Rush*, 130 F.4th at 645 (holding that *Miller* "controls" and "survives" *Bruen*); *Robinson*, 2025 WL 870981, at *5 (holding that "*Miller* remains binding as the Supreme Court has not overturned it"); *Saleem*, 2024 WL 5084523, at *1 ("Nothing in *Bruen* abrogated *Heller*'s extensive discussion of the contours of the scope of the right enshrined in the Second Amendment.").

      This Court should join the other courts of appeals upholding § 5861(d) as constitutional and affirm Brook's convictions.

---

[1] 307 U.S. 174 (1939).
[2] 597 U.S. 1 (2022).

Kelly L. Stephens, Clerk
August 6, 2025
Page 2

          Very truly yours,

          PAUL C. MCCAFFREY
          ACTING UNITED STATES ATTORNEY

          CHARLES P. WISDOM JR.
          CHIEF, APPELLATE DIVISION

      By: s/ Amanda Harris Huang
          Assistant United States Attorney
          260 W. Vine Street, Suite 300
          Lexington, Kentucky 40507-1612
          (859) 685-4876
          Amanda.HarrisHuang@usdoj.gov


cc: Steven N. Howe, Attorney for Dalton Samuel Brooks
  *via ECF system*